*John Logan O'Donnell* for appellant.

*Thomas O'Rourke Gallagher* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 117 EAST 72ND STREET CORPORATION, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued November 26, 1946; decided January 9, 1947.

*Morris J. Bricker* for appellant.

*John J. Bennett, Corporation Counsel* (*Philip A. Paulson* and *William F. Murphy* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

JOHN B. NAVARRO, Respondent, *v.* JOHN R. FIORITA, Appellant.

Argued November 25, 1946; decided January 9, 1947.